In The


Court of Appeals


Sixth Appellate District of Texas at Texarkana



______________________________



No. 06-07-00145-CR


______________________________




ALDARIAN TYRONE DAVIS, Appellant



V.



THE STATE OF TEXAS, Appellee




 


On Appeal from the 124th Judicial District Court


 Gregg County, Texas


Trial Court No. 35869-B




 




Before Morriss, C.J., Carter and Moseley, JJ.


Memorandum Opinion by Chief Justice Morriss



MEMORANDUM OPINION



 Aldarian Tyrone Davis appeals his conviction by the trial court on his open plea of guilty to
the offense of possession of a controlled substance with intent to deliver. See Tex. Health &
Safety Code Ann. § 481.112(d) (Vernon 2003). Davis has two other appeals before this Court: 
cause number 06-07-144-CR (aggravated assault with a deadly weapon) and cause number 06-07-146-CR (unlawful possession of a firearm by a felon).

 Because the issues raised in each appeal are identical, for the reasons stated in our opinion
dated this day in Davis v. State, cause number 06-07-00144-CR, we affirm the judgment of the trial
court.


 Josh R. Morriss, III

 Chief Justice


Date Submitted: June 13, 2008

Date Decided: June 18, 2008


Do Not Publish